IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANA BARFI ADOMAKU, ) | No. C 07-0625 MMC (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ALL ON JUDICIAL RECORD, ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on January 30, 2007.  That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application.  In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.  Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope.  No response from plaintiff has been received.

    As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: May 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge